IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND                    Case No. 1:17-cv-3326

PRODUCTS LIABILITY LITIGATION                         MDL N0. 2570

_____

This Document Relates to KRISTI CAMPBELL

_____

_____

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff: **Kristi Campbell**

_____

1

Cook Short Form Complaint

2. Spousal Plaintiff's spouse or other party making loss of consortium claim: **Not Applicable**

   _____

3. Other Plaintiff and capacity: **Not Applicable**

   _____

4. Plaintiff's state of residence at the time of implant: **Michigan**

   _____

5. Plaintiffs state of residence at the time of injury: **Michigan**

   _____

6. Plaintiffs current state of residence: **Michigan**

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   **United States District Court for the Western District of Michigan**

   _____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ **Cook Incorporated**

   ☒ **Cook Medical LLC**

   ☒ **William Cook Europe ApS**

9. Basis of Jurisdiction:

   ☒ **Diversity of Citizenship**

   a. **Paragraphs in Master Complaint upon which venue and jurisdiction lie:**

      **23, 24, 25, 26, 27 and 28.**

      _____

      _____

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim:

    (Check applicable Inferior Vena Cava Filters):

    ☒ **Günther Tulip® Vena Cava Filter**

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

11. Date of Implantation as to each product: **May 2, 2008**

3

Cook Short Form Complaint

12. Hospital where Plaintiff was implanted: **Hurley Medical Center**

13. Implanting Physician: **Venkat Rudraraju, M.D.**

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ **Count I:** **Strict Products Liability - Failure to Warn**

    ☒ **Count II:** **Strict Products Liability – Design Defect**

    ☒ **Count III:** **Negligence**

    ☒ **Count IV:** **Negligence Per Se**

    ☒ **Count V:** **Breach of Express Warranty**

    ☒ **Count VI:** **Breach of Implied Warranty**

    ☒ **Count VII:** **Violations of Applicable Indiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices**

    ☐ Count VIII: Loss of Consortium

    ☐ Count IX: Wrongful Death

    ☐ Count X: Survival

    ☒ **Count XI:** **Punitive Damages**

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

    **Richard J. Plezia**

16. Address and bar information for Attorney for Plaintiff(s):

    **RICHARD J. PLEZIA & ASSOCIATES**

    2909 Hillcroft Ave., Suite 575

    Houston, Texas 77057

    Texas Bar No. 16072800

Respectfully submitted,

*/s/ Richard J. Plezia*

RICHARD J. PLEZIA

Texas Bar No. 16072800

**RICHARD J. PLEZIA & ASSOCIATES**

2909 Hillcroft Ave., Suite 575

Houston, Texas 77057

Telephone: 713-800-1151

Facsimile: 281-602-7735

efile@rplezialaw.com

thomas@rplezialaw.com

**Counsel for Plaintif**

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, a copy of the foregoing Original Short Form Petition was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Richard J. Plezia*_____
RICHARD J. PLEZIA